UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
Ocean Diving Centre Limited,

                                    Plaintiff,

      -against-

Clough Projects International Pty. Ltd.

                                  Defendants.
-----------------------------------------------------------------------X

08 CV 4870 (JES)

RULE 7.1
STATEMENT

PLEASE TAKE NOTICE that CHRISTOPHER H. MANSUY, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for Plaintiff, OCEAN DIVING CENTRE LIMITED, certifies upon information and belief that there are no publicly held corporate parents, subsidiaries, or affiliates of OCEAN DIVING CENTRE LIMITED.

Dated:      New York, New York
             May 20, 2008

                                    MAHONEY & KEANE, LLP
                                    Attorneys for Plaintiff
                                    PAKRI TANKERS OU

                          By: _____
                                Christopher H. Mansuy
                                76 Beaver Street, 10th Floor
                                New York, New York 10005
                                (212) 385-1422